Elten M. Kay, Plaintiff-Appellee, v. Forty-Eight Insulations, Inc., an Illinois Corporation, and Insulating Products Company, an Illinois Corporation, Defendants-Appellants.

Gen. No. 11,528.

Second District, Second Division.

February 20, 1962.

Rehearing denied April 24, 1962.

Givler, Meilinger, Casey & Flanders, all of Aurora, for appellant; Kirkland, Brady, McQueen & Churchill, all of Elgin, for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.